Prob 22 (2/98)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran Court)
04CR001

OCT 31 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

DOCKET NUMBER (Rec Court)
05-20385 MI P

Case 2:05-cr-20385-JPM   Document 1   Filed 10/31/05   Page 1 of 2   PageID 1

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT<br>Northern District of Mississippi | DIVISION<br>Western |
|---|---|---|
| Kim Jefferson<br>1394 Quinn Avenue<br><br>Memphis, TN 38106 | NAME OF SENTENCING JUDGE<br>Michael P. Mills<br>U. S. District Judge | **FILED**<br>OCT 27 2005<br>ARLEN B. COYLE, CLERK<br>By _____ Deputy |
|  | DATES OF PROB/TSR RELEASE | FROM<br>June 2, 2005 | TO<br>June 1, 2010 |

OFFENSE

Misprison of a Felony

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2 Aug '05_          _____
Date                        United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Oct. 17, 2005_          _____
Date                            United States District Judge

---

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

**CERTIFYING STAMP**
I hereby certify that the foregoing is a true copy of the original thereof now in my office.

Attest _10/28/05_
Arlen B. Coyle, Clerk

By _____
Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20385 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kim Jefferson
1394 Quinn Avenue
Memphis, TN 38106

Honorable Jon McCalla
US DISTRICT COURT