UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**



U.S.A. vs. **KIM JEFFERSON**

Docket No. **2:05CR20385-001**

### Petition on Probation and Supervised Release

**COMES NOW** FREDDIE MCMASTER II **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Kim Jefferson who was placed on supervision by the Honorable Michael P. Mills sitting in the Court at Oxford, MS on the 2nd day of June, 2005 who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $10,987.50 restitution ($10,987.50 balance).

The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

Jurisdiction transferred from the Northern District of Mississippi to the Western District of Tennessee on October 17, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Jefferson has maintained stable employment since beginning Probation in June 2005. It is recommended the Court approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** Kim Jefferson's restitution payments be set at ten percent (10%) of her monthly gross income payable by the end of each month.

### ORDER OF COURT

Considered and ordered this 7 day of Nov., 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Freddie McMaster II
Probation Officer

Place Memphis, Tennessee

Date November 2, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20385 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT